IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Lois E. Blackmon, | ) | C/A No.: 0:14-1636-JFA-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Hardees Food Systems, Inc., | ) ) ) | |
| Defendant. | ) ) | |

This action was filed in Court of Common Pleas of York County, South Carolina, on March 10, 2014, and Defendants removed it to this court on April 23, 2014. [ECF No. 1]. Pursuant to the first amended scheduling order entered on November 17, 2014, discovery was to be completed by December 20, 2014, with dispositive motions, if any, to be filed by no later than January 4, 2015. [ECF No. 14]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

January 6, 2015
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge